UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
SEP 18 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NO. 05-60165-CR-DIMITROULEAS

UNITED STATES OF AMERICA

VS.

KANEMA MORRIS

Marshal # 65340-004

JUDGMENT & COMMITMENT UPON
REVOCATION OF SUPERVISED
RELEASE

THIS CAUSE came before the Court on the 15th day of September, 2006 for final hearing for the revocation of the defendant's Supervised Release.

On the 27th day of January, 2006, this defendant was sentenced to a period of Incarceration and Supervised Release imposing certain terms and conditions for the defendant to comply with. It appearing to the court that the defendant has violated the terms and conditions of his Supervised Release. It is thereupon:

ORDERED AND ADJUDGED that the Supervised Release heretofore imposed by this Court and the same is hereby REVOKED. The defendant is remanded to the custody of the U.S. Marshal.

ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of **Four (4) Months.** No further conditions of supervised release are imposed.

DONE AND ORDERED at the United States District Court, Fort Lauderdale, Florida this 15 day of September, 2006.

WILLIAM P. DIMITROULEAS
United States District Judge

cc:  Marc Anton, AUSA
     Daryl Wilcox, AFPD
     U.S. Probation
     U.S. Marshal